# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendants. | Case No. 2:23-cv-02646-JLS-PD<br>Case No. 2:23-cv-03545-JLS-PD<br>*(consolidated)*<br><br>**ORDER GRANTING JOINT MOTION TO ENTER CONSENT DECREE (Doc. 31)** |

1   Plaintiff South Coast Air Quality Management District ("SCAQMD") and
2 Plaintiffs East Yard Communities for Environmental Justice, People's Collective for
3 Environmental Justice, and Sierra Club (collectively, "Environmental Plaintiffs") and
4 Defendants the United States Environmental Protection Agency ("EPA") and Michael
5 S. Regan, in his official capacity as EPA Administrator (collectively, the "Parties") have
6 jointly moved the Court to enter the proposed Consent Decree (submitted with the
7 Parties' Joint Motion to Enter Consent Decree) (Doc. 31).
8   For the reasons stated in the Parties' Joint Motion, the said motion is hereby
9 GRANTED, and upon the court's signature to the proposed Consent Decree, the Court
10 will enter the said Consent Decree. IT IS SO ORDERED.

12 DATED: April 12, 2024

14   _____
    HON. JOSEPHINE L. STATON
    UNITED STATES DISTRICT JUDGE